UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

UNITED STATES OF AMERICA,     Case No. 5:22-mj-1117-PRL

Plaintiff, ☐
Government ☒

☐ Evidentiary
☐ Trial
☒ Other

v.

SEAN MCKINNON

Defendant ☐

# EXHIBIT LIST

| Exhibit Number | Date Identified | Date Admitted | Witness | Description of Exhibit |
|---|---|---|---|---|
| 1 | 08/22/22 | 08/22/22 | | Prison call dated November 15, 2018 |
| 2 | 08/22/22 | 08/22/22 | | Prison call dated October 29, 2018 |
| 3 | 08/22/22 | 08/22/22 | | Google Map |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |