U.S. District Court
Middle District of Florida
Tampa Division

**GOVERNMENT EXHIBIT**

Exhibit No.: 3

Case No.: 5:22-mj-1117-PRL

UNITED STATES OF AMERICA

vs.

SEAN MCKINNON

Date Identified: 08/22/2022
Date Admitted: 08/22/2022

