AO 94 (Rev. 01/09) Commitment to Another District

# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

**UNITED STATES OF AMERICA,**
　　Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　　　**5:22-mj-1117-PRL**
　　　　　　　　　　　　　　　　Charging District's Case No. <u>1:22-cr-51-TSK-MJA</u>

**SEAN McKINNON,**
　　**Defendant.**

## COMMITMENT TO ANOTHER DISTRICT

　　The defendant has been ordered to appear in the <u>Northern District of West Virginia</u>.

　　The defendant:　　☐ will retain an attorney.
　　　　　　　　　　　☒ is requesting court-appointed counsel.

　　The defendant remains in custody after the detention hearing.

　　**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: August 22, 2022

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　PHILIP R. LAMMENS
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge